NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE BIOSEARCH TECHNOLOGIES, INC. AND
EUROFINS MWG OPERON INC.,
*Petitioners.*

---

Miscellaneous Docket No. 995

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0283, Judge T. John Ward.

---

**ON PETITION**

---

**O R D E R**

Biosearch Technologies, Inc. and Eurofins MWG Operon Inc. (Biosearch) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its orders denying Biosearch's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Applied Biosystems, LLC and Life Technologies Corporation are directed to respond no later than August 2, 2011.

FOR THE COURT

JUL 19 2011                          /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk


cc:  Thomas M. Peterson, Esq.
     Stephen M. Hash, Esq.
     Clerk, United States District Court for the Eastern District of Texas

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK